**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Freedom Development Group LLC - 87th Street** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-2355787** |
| 4. | Debtor's address | **Principal place of business**<br><br>**910 W. Van Buren, Suite 500**<br>**Chicago, IL 60607**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://fdg7.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Freedom Development Group LLC - 87th Street**　　　　Case number (*if known*) ＿＿＿＿＿＿＿
　　　　　Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5313__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District ＿＿＿ | When ＿＿＿ | Case number ＿＿＿ |
   | District ＿＿＿ | When ＿＿＿ | Case number ＿＿＿ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor ＿＿＿＿＿＿＿   Relationship ＿＿＿＿＿
    District ＿＿＿   When ＿＿＿   Case number, if known ＿＿＿

Debtor **Freedom Development Group LLC - 87th Street**   Case number (if known) _____
     Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

---

Debtor  **Freedom Development Group LLC - 87th Street**          Case number (*if known*) _____
         Name

▓ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2020**
            MM / DD / YYYY

X _____[signature]_____                         **Daniel Olswang**
Signature of authorized representative of debtor     Printed name

Title  **Manager**

**18. Signature of attorney**

X _____[signature]_____                         Date **August 14, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Gregory J. Jordan**
Printed name

**Jordan & Zito LLC**
Firm name

**55 West Monroe Street, Suite 3600**
**Chicago, IL 60603-5026**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 854-7181**      Email address  **gjordan@jz-llc.com**

**6205510 IL**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**Fill in this information to identify the case:**

Debtor name: **Freedom Development Group LLC - 87th Street**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2020**    X _/s/ Daniel Olswang_
Signature of individual signing on behalf of debtor

**Daniel Olswang**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Freedom Development Group LLC - 87th Street**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Prescient Capital Management LLC**<br>Creditor's Name<br>**524 Milwaukee Street, Suite 100**<br>**Delafield, WI 53078**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Prescient Capital Management LLC**<br>**2. Voshel Investments LLC** | Describe debtor's property that is subject to a lien<br>**Buildings located on 163-205 W. 87th Street, Chicago, IL, 60620**<br><br>Describe the lien<br>**Mortgage on Leasehold Interest & UCC Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,300,000.00 | $4,500,000.00 |
| **2.2** **Voshel Investments LLC**<br>Creditor's Name<br>**55 East Jackson Blvd., Suite 500**<br>**Chicago, IL 60604**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Buildings located on 163-205 W. 87th Street, Chicago, IL, 60620**<br><br>Describe the lien<br>**Second Mortgage on Leasehold Interest & UCC Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $300,000.00 | $4,500,000.00 |

Debtor **Freedom Development Group LLC - 87th Street**　　　　　Case number (if known) _____
　　　　　Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　　$4,600,000.00

**Part 2:　List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **John D. Griffin/Blincow Griffin**<br>**126 Meeting St**<br>**Charleston, SC 29401** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name: **Freedom Development Group LLC - 87th Street**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                   |                                   | Total claim   | Priority amount |
|-----|-----------------------------------|-----------------------------------|---------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**Cook County Treasurer**<br>**118 N. Clark St., Ste. 112**<br>**Chicago, IL 60602** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $241,000.00 | $241,000.00 |
|     | Date or dates debt was incurred   | Basis for the claim:<br>**Real Estate Taxes** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Illinois Department of Employment S**<br>**Benefit Payment Control Division**<br>**P O Box 4385**<br>**Chicago, IL 60680** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown | Unknown |
|     | Date or dates debt was incurred   | Basis for the claim:<br>**Notice Purposes Only** | | |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Freedom Development Group LLC - 87th Street**    Case number (if known)

### 2.3
Priority creditor's name and mailing address
**Illinois Department of Revenue**
**Bankruptcy Unit**
**19035**
**Springfield, IL 62794-9035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Amount: Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### 2.4
Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Amount: Unknown  Unknown

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1
Nonpriority creditor's name and mailing address
**City of Chicago, Dept. of Finance**
**P. O. Box 6330**
**Chicago, IL 60680**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,836.75

Date(s) debt was incurred __
Last 4 digits of account number **5065**

Basis for the claim: **Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

### 3.2
Nonpriority creditor's name and mailing address
**City of Chicago, Dept. of Finance**
**P. O. Box 6330**
**Chicago, IL 60680**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,607.83

Date(s) debt was incurred __
Last 4 digits of account number **5064**

Basis for the claim: **Utility Service**

Is the claim subject to offset? ■ No  ☐ Yes

### 3.3
Nonpriority creditor's name and mailing address
**Cole Consulting**
**P O Box 6749**
**Carol Stream, IL 60197**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,500.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Freedom Development Group LLC - 87th Street** | Case number (if known) | |
|---|---|---|---|

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|
| 3.4 | **Commonwealth Edison**<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,957.82 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  3042 | Basis for the claim:  **Utility Service**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.5 | **Commonwealth Edison**<br>2 Lincoln Center<br>Oakbrook Terrace, IL 60181 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number  8058 | Basis for the claim:  **Utility Service**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.6 | **Fox Valley Fire & Safety**<br>2730 Pinnacle Drive<br>Elgin, IL 60124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,398.06 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.7 | **Hollub Inc.**<br>1042 W. Jackson<br>Chicago, IL 60607 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,921.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **HVAC services**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.8 | **Imperial Lighting**<br>4555 N. Elston Ave.<br>Chicago, IL 60630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,767.19 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.9 | **Law Dogs**<br>10359 S. Pulaski Rd.<br>Chicago, IL 60655 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,464.61 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.10 | **Midwest Maintenance**<br>19027 Jodi Road, Suite H<br>Mokena, IL 60447 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,185.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Freedom Development Group LLC - 87th Street** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Olson Roofing Company**<br>**P.O. BOX 1450**<br>**Aurora, IL 60507** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,313.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Peoples Gas**<br>**200 E. Randolph St.**<br>**Chicago, IL 60601-6302** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.59** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **0001** | Basis for the claim: **Utility Service**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Professional Cleaning Co.**<br>**909 Rhowling Road, Suite A**<br>**Rolling Meadows, IL 60008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,417.71** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Professional Paving**<br>**1N22 Park Blvd.**<br>**Glen Ellyn, IL 60137** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Raincoat Roof Maintenance, Inc.**<br>**2875 S. 25th Ave.**<br>**Broadview, IL 60155** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,292.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Roto Rooter**<br>**5672 Collections Center Dr.**<br>**Chicago, IL 60693** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$626.55** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Silver Development**<br>**2500 N. Pulaski Road**<br>**Chicago, IL 60639** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$466,560.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Land lease**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Freedom Development Group LLC - 87th Street**        Case number (if known) _____
         Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,584.49 |
|---|---|---|---|
| | **Tovar Snow Professionals**<br>**P O Box 6749**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 241,000.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 586,492.60 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 827,492.60 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Freedom Development Group LLC - 87th Street**     Case No. _____
                                                 Debtor(s)     Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept      $    **27,000.00**
    Prior to the filing of this statement I have received      $    **27,000.00**
    Balance Due      $    **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 14, 2020**
*Date*

*Signature of Attorney*
Gregory J. Jordan
Jordan & Zito LLC
55 West Monroe Street, Suite 3600
Chicago, IL 60603-5026
(312) 854-7181
gjordan@jz-llc.com
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Freedom Development Group LLC - 87th Street**                                  Case No.
                                           Debtor(s)                                      Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniel Olswang<br>910 W. Van Buren, Ste. 500<br>Chicago, IL 60607 | Membership | One Third Owner of Membership Interests | Member |
| John Everest Thomas<br>910 W. Van Buren, Ste. 500<br>Chicago, IL 60607 | Membership Interest | Two Third Owner of Membership Interests | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 14, 2020**                          Signature   _/s/ Daniel Olswang_
                                                                **Daniel Olswang**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Northern District of Illinois

In re: **Freedom Development Group LLC - 87th Street**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **24**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **August 14, 2020**

*/s/ Daniel Olswang*
**Daniel Olswang/Manager**
Signer/Title

City of Chicago, Dept. of Finance
P. O. Box 6330
Chicago, IL 60680


Cole Consulting
P O Box 6749
Carol Stream, IL 60197


Commonwealth Edison
P.O. Box 805379
Chicago, IL 60680-5379


Commonwealth Edison
2 Lincoln Center
Oakbrook Terrace, IL 60181


Cook County Treasurer
118 N. Clark St., Ste. 112
Chicago, IL 60602


Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124


Hollub Inc.
1042 W. Jackson
Chicago, IL 60607


Illinois Department of Employment S
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Unit
19035
Springfield, IL 62794-9035


Imperial Lighting
4555 N. Elston Ave.
Chicago, IL 60630


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

John D. Griffin/Blincow Griffin
126 Meeting St
Charleston, SC 29401


Law Dogs
10359 S. Pulaski Rd.
Chicago, IL 60655


Midwest Maintenance
19027 Jodi Road, Suite H
Mokena, IL 60447


Olson Roofing Company
P.O. BOX 1450
Aurora, IL 60507


Peoples Gas
200 E. Randolph St.
Chicago, IL 60601-6302


PRESCIENT CAPITAL MANAGEMENT LLC
524 Milwaukee Street, Suite 100
Delafield, WI 53078


Professional Cleaning Co.
909 Rhowling Road, Suite A
Rolling Meadows, IL 60008


Professional Paving
1N22 Park Blvd.
Glen Ellyn, IL 60137


Raincoat Roof Maintenance, Inc.
2875 S. 25th Ave.
Broadview, IL 60155


Roto Rooter
5672 Collections Center Dr.
Chicago, IL 60693


Silver Development
2500 N. Pulaski Road
Chicago, IL 60639

```
Tovar Snow Professionals
P O Box 6749
Carol Stream, IL 60197


Voshel Investments LLC
55 East Jackson Blvd., Suite 500
Chicago, IL 60604
```

# United States Bankruptcy Court
## Northern District of Illinois

In re: __Freedom Development Group LLC - 87th Street__
Debtor(s)

Case No. _____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Freedom Development Group LLC - 87th Street__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 14, 2020
Date

Gregory J. Jordan
Signature of Attorney or Litigant
Counsel for __Freedom Development Group LLC - 87th Street__
Jordan & Zito LLC
55 West Monroe Street, Suite 3600
Chicago, IL 60603-5026
(312) 854-7181
gjordan@jz-llc.com