Fill in this information to identify the case:

Debtor name: **Freedom Development Group LLC - 87th Street**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): **20-15619**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Chicago, Dept. of Finance P. O. Box 6330 Chicago, IL 60680 | | Utility Service | | | | $31,607.83 |
| City of Chicago, Dept. of Finance P. O. Box 6330 Chicago, IL 60680 | | Utility Service | | | | $10,836.75 |
| Cole Consulting P O Box 6749 Carol Stream, IL 60197 | | | | | | $4,500.00 |
| Commonwealth Edison P.O. Box 805379 Chicago, IL 60680-5379 | | Utility Service | | | | $1,957.82 |
| Cook County Treasurer 118 N. Clark St., Ste. 112 Chicago, IL 60602 | | Real Estate Taxes | | | | $241,000.00 |
| Fox Valley Fire & Safety 2730 Pinnacle Drive Elgin, IL 60124 | | | | | | $5,398.06 |
| Hollub Inc. 1042 W. Jackson Chicago, IL 60607 | | HVAC services | | | | $3,921.00 |
| Imperial Lighting 4555 N. Elston Ave. Chicago, IL 60630 | | | | | | $7,767.19 |
| Law Dogs 10359 S. Pulaski Rd. Chicago, IL 60655 | | | | | | $25,464.61 |

| Debtor | **Freedom Development Group LLC - 87th Street** | Case number *(if known)* | **20-15619** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Midwest Maintenance**<br>19027 Jodi Road, Suite H<br>Mokena, IL 60447 | | | | | | $6,185.00 |
| **Olson Roofing Company**<br>P.O. BOX 1450<br>Aurora, IL 60507 | | | | | | $1,313.00 |
| **Peoples Gas**<br>200 E. Randolph St.<br>Chicago, IL 60601-6302 | | Utility Service | | | | $60.59 |
| **Professional Cleaning Co.**<br>909 Rhowling Road, Suite A<br>Rolling Meadows, IL 60008 | | | | | | $2,417.71 |
| **Professional Paving**<br>1N22 Park Blvd.<br>Glen Ellyn, IL 60137 | | | | | | $1,000.00 |
| **Raincoat Roof Maintenance, Inc.**<br>2875 S. 25th Ave.<br>Broadview, IL 60155 | | | | | | $2,292.00 |
| **Roto Rooter**<br>5672 Collections Center Dr.<br>Chicago, IL 60693 | | | | | | $626.55 |
| **Silver Development**<br>2500 N. Pulaski Road<br>Chicago, IL 60639 | | Land lease | | | | $466,560.00 |
| **Small Business Administration Office of Disaster Assistance**<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 | | All tangible and intangible personal property. | | $150,000.00 | Unknown | $150,000.00 |
| **Tovar Snow Professionals**<br>P O Box 6749<br>Carol Stream, IL 60197 | | | | | | $14,584.49 |
| **Voshel Investments LLC**<br>55 East Jackson Blvd., Suite 500<br>Chicago, IL 60604 | | Buildings located on 163-205 W. 87th Street, Chicago, IL, 60620 | | $300,000.00 | $4,500,000.00 | $100,000.00 |

**Fill in this information to identify the case:**

Debtor name: **Freedom Development Group LLC - 87th Street**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **20-15619**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   3.1. **Grand Ridge National Bank**   $207.54

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   **$207.54**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **7,000.00**   -   **3,500.00**   = ....   **$3,500.00**
    face amount      doubtful or uncollectible accounts

| Debtor | **Freedom Development Group LLC - 87th Street** | Case number *(If known)* **20-15619** |
|---|---|---|
| | Name | |

| 12. | **Total of Part 3.** | **$3,500.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Buildings located on 163-205 W. 87th Street, Chicago, IL, 60620 | Leasehold interest in land and ownership of improvements | $0.00 | | $4,500,000.00 |

Official Form 206A/B   Schedule A/B Assets - Real and Personal Property   page 2

| Debtor | **Freedom Development Group LLC - 87th Street** | Case number *(If known)* **20-15619** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$4,500,000.00** |
| 57. | **Is a depreciation schedule available for any of the property listed in Part 9?**<br>■ No<br>☐ Yes | |
| 58. | **Has any of the property listed in Part 9 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Insurance claim from looting** | **Unknown** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | **Freedom Development Group LLC - 87th Street** | Case number *(If known)* **20-15619** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $207.54 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $3,500.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9........>* | | $4,500,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $3,707.54 | + 91b.  $4,500,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,503,707.54 |

**Fill in this information to identify the case:**

Debtor name: **Freedom Development Group LLC - 87th Street**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **20-15619**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant in one of the Debtor's buildings.** | |
| | State the term remaining | | **America's Best Contacts & Eyeglass** |
| | List the contract number of any government contract | | **205 W. 87th Street** |
| | | | **Chicago, IL 60620** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant in one of the Debtor's buildings.** | |
| | State the term remaining | | **Anzo Enterprise, LLC** |
| | List the contract number of any government contract | | **205-A W. 87th Street** |
| | | | **Chicago, IL 60620** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant in one of the Debtor's buildings.** | |
| | State the term remaining | | **Ashley Stewart** |
| | List the contract number of any government contract | | **205 W. 87th Street** |
| | | | **Chicago, IL 60620** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant in one of the Debtor's buildings.** | |
| | State the term remaining | | **Buddy's Wine & Spirits** |
| | List the contract number of any government contract | | **205 W. 87th Street** |
| | | | **Chicago, IL 60620** |

| Debtor 1 | Freedom Development Group LLC - 87th Street | | Case number (*if known*) | 20-15619 |
|---|---|---|---|---|
| | First Name | Middle Name   Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5. State what the contract or lease is for and the nature of the debtor's interest   **Tenant in one of the Debtor's buildings.**

State the term remaining

List the contract number of any government contract

**Dress Code**
**205 W. 87th Street**
**Chicago, IL 60620**

2.6. State what the contract or lease is for and the nature of the debtor's interest   **Tenant in one of the Debtor's buildings.**

State the term remaining

List the contract number of any government contract

**DTLR**
**205 West 87th Street**
**Chicago, IL 60620**

2.7. State what the contract or lease is for and the nature of the debtor's interest   **Tenant in one of the Debtor's buildings.**

State the term remaining

List the contract number of any government contract

**Ross Stores, Inc.**
**201 W. 87th Street**
**Chicago, IL 60620**

2.8. State what the contract or lease is for and the nature of the debtor's interest   **Tenant in one of the Debtor's buildings.**

State the term remaining

List the contract number of any government contract

**T-Mobile**
**205 W. 87th Street**
**Chicago, IL 60620**

2.9. State what the contract or lease is for and the nature of the debtor's interest   **Tenant in one of the Debtor's buildings.**

State the term remaining

List the contract number of any government contract

**TCF Bank**
**233 West 87th Street**
**Chicago, IL 60620**

2.10. State what the contract or lease is for and the nature of the debtor's interest   **Tenant in one of the Debtor's buildings.**

State the term remaining

List the contract number of any

**The Huddle Inn**
**205 W. 87th Street**
**Chicago, IL 60620**

Debtor 1  **Freedom Development Group LLC - 87th Street**           Case number (*if known*)   **20-15619**
         First Name        Middle Name        Last Name

| | **Additional Page if You Have More Contracts or Leases** |

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Tenant in one of the Debtor's buildings.** | |
|---|---|---|---|
| | State the term remaining | | **Vicky's Nail Salon**<br>**205 W. 87th Street**<br>**Chicago, IL 60620** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name: **Freedom Development Group LLC - 87th Street**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **20-15619**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Daniel Olswang** | **910 W. Van Buren St., Suite 500 Chicago, IL 60607 Guaranty of Loan** | **Prescient Capital Management LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **John Everest Thomas** | **910 W. Van Buren St., Suite 500 Chicago, IL 60607 Guaranty of Loan** | **Prescient Capital Management LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |