**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Freedom Development Group LLC - 87th Street** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 20-15619 |

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ **4,500,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................... $ **3,707.54**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................... $ **4,503,707.54**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **4,750,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **241,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............ +$ **586,492.60**

4. **Total liabilities** ........................................................................................................................
Lines 2 + 3a + 3b                                                                                                             $ **5,577,492.60**