# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET | § | Case No. 20-15619 |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 08/14/2020.  The case was converted to one under Chapter 7 on 10/27/2020.   The undersigned trustee was appointed on 10/28/2020.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          200,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 51,904.65 |
| Bank service fees | 2,528.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          145,567.21

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/19/2021 and the deadline for filing governmental claims was 03/19/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $13,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $13,250.00, for a total compensation of $13,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 10/30/2024                    By: /s/KAREN R. GOODMAN
                                        Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-15619 | DRC | Judge: | Donald R Cassling | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|

| Case Name: | FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET |
|---|---|

Date Filed (f) or Converted (c):   10/27/2020 (c)
341(a) Meeting Date:   12/09/2020

For Period Ending:   10/30/2024

Claims Bar Date:   03/19/2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Grand Ridge National Bank | 207.54 | 207.54 | | 0.00 | FA |
| 2.  Account Receivables:90 days old or less: 7,000.00 - 3,500.00 = | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 3.  Buildings located on 163-205 W. 87th Street, Chicago, IL, 60620 Leasehold interest in land and ownership of improvements | 4,500,000.00 | 0.00 | | 0.00 | FA |
| 4.  Insurance claim from looting | Unknown | 1.00 | | 0.00 | FA |
| 5.  Avoidance actions - Debtor's principal Daniel Olswang (u) | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 6.  Avoidance Actions - Debtor's principal John Thomas (u) | 0.00 | 2,330,300.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,503,707.54 | $2,534,008.54 | | $200,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

9/30/2024: Secured creditor did not choose to purchase the judgment.  Filed claim objections to secured claim and duplicate claim.  Creditor withdrew duplicate claim and amended secured claim to unsecured.  Will prepare TFR.
6/30/2024: Trustee is in negotiations with the secured creditor to reduce their claim and to pursue the judgment against John Thomas. Final taxes have been filed.
3/31/2024: Court Order entered compelling John Thomas to make an accounting to the Trustee.  Still pending.  Trustee is making a determination as to whether to initiate collection proceedings against John Thomas, principal.
1/30/2024: Order Granting Motion for Partial Summary Judgment against John Thomas entered by the Court.
12/31/2023: Awaiting ruling on Motion for Partial Summary Judgment - hearing on 1/30/2024
9/30/2023: Motion For Partial Summary Judgment filed against John Thomas
6/30/2023: Still negotiating a settlement with John Thomas.
3/31/2023: Litigation continues. Settled with Daniel Olswang for $200,000.00. Settlement Motion approved by Court Order.  If no settlement is reached with John Thomas, a Motion for Summary Judgment will be filed.
12/31/2022: Litigation continues.  Potential settlement from Daniel Olswang, principal.
9/30/2022: Motion to Strike Corporate Defendants granted, will be filing Motion for Default against all defendants; Debtor's counsel has withdrawn.
6/30/22: Adversary Complaint - settlement negotiations have commenced.
3/31/2022: Adversary Complaints filed against the Debtor's principals and affiliates.
09/30/21: Discovery continues (dk)
3/31/21:  Investigating possible avoidance actions; awaiting responses to discovery issued to debtor, affiliates and insiders

10/27/2020: Case was converted from a Ch 11 per court order


RE PROP #        3    --    Liens against this asset, exceeds the value of the asset.

RE PROP #        4    --     Statute of limitations may have run.  Trustee has determined no value to the estate.

RE PROP #        5    --    Complaints filed against principals and affiliated entities. Each principal has settled
                            seperately.  Original value was estimated at $1.00 as to not jeopardize litigation.

RE PROP #        6    --    Complaints filed against principals and affiliated entities. Each principal has settled
                            seperately.  Value based on amount of transfers made by Mr. Thomas.  Partial
                            summary judgment entered by the Court.  Secured creditor has no interest in pursuing
                            judgment.  Trustee has determined that judgment is uncollectible.

Initial Projected Date of Final Report (TFR): 12/31/2022        Current Projected Date of Final Report (TFR): 12/31/2024

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 20-15619
Case Name: FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET

Taxpayer ID No: XX-XXX5787
For Period Ending: 10/30/2024

Trustee Name: KAREN R. GOODMAN
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0347
Checking
Blanket Bond (per case limit): $46,515,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/23 | 5 | Jordan & Zito LLC IOLTA Acct. on behalf of Daniel Olswang | Payment of settlement with Daniel Olswang per Court Order dated 4/4/23, Docket #105 | 1241-000 | $200,000.00 | | $200,000.00 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.73 | $199,900.27 |
| 05/17/23 | 2001 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street, Suite 3950 Chicago, IL 60603 | Compensation to Attorney for Trustee - Fees per Court Order 5/16/2023 dkt#133 | 3110-000 | | $50,000.00 | $149,900.27 |
| 05/17/23 | 2002 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street, Suite 3950 Chicago, IL 60603 | Reimbursement of Attorney's Expenses Approved per Court Order 5/16/2023 Dkt#133 | 3120-000 | | $1,765.17 | $148,135.10 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $194.90 | $147,940.20 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $158.07 | $147,782.13 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $163.18 | $147,618.95 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.99 | $147,455.96 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.56 | $147,298.40 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.64 | $147,135.76 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.21 | $146,978.55 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.28 | $146,816.27 |

Page Subtotals: $200,000.00 $53,183.73

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 20-15619
Case Name: FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET

Trustee Name: KAREN R. GOODMAN
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0347
Checking

Taxpayer ID No: XX-XXX5787
For Period Ending: 10/30/2024

Blanket Bond (per case limit): $46,515,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.11 | $146,654.16 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.48 | $146,502.68 |
| 03/18/24 | 2003 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Chapter 7 Blanket Bond #612419627 | 2300-000 | | $139.48 | $146,363.20 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.73 | $146,201.47 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.22 | $146,045.25 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.25 | $145,884.00 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.89 | $145,728.11 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.90 | $145,567.21 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $200,000.00 | $54,432.79 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $200,000.00 | $54,432.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $200,000.00 | $54,432.79 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:                    $0.00        $1,249.06

Page:   **3**

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0347 - Checking | $200,000.00 | $54,432.79 | $145,567.21 |
| | $200,000.00 | $54,432.79 | $145,567.21 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $200,000.00 |
| Total Gross Receipts: | $200,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-15619                                                                    Date: October 30, 2024

Debtor Name: FREEDOM DEVELOPMENT GROUP LLC -
87TH STREET

Claims Bar Date: 3/19/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | KAREN R GOODMAN ESQ CRANE, SIMON, CLAR & GOODMAN 135 SOUTH LASALLE STREET SUITE 3950 CHICAGO, IL 60603 | Administrative | | $0.00 | $13,250.00 | $13,250.00 |
| 100 2700 | Clerk of the Bankruptcy Court 219 S. Dearborn Chicago  IL 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3110 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street Suite 3950 Chicago, IL 60603 | Administrative | Due to insufficient funds in the estate, Counsel has requested $15,000.00 of its fees approved by prior Court Order entered 5/16/2023 dkt#133 and will voluntarily waive the remaining balance pursuant to the Court Order, in the sum of $73,740.50. Counsel will also waive its fees incurred since the entry of that order in the sum of $17,196.50. | $0.00 | $156,197.00 | $65,000.00 |
| 100 3120 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street Suite 3950 Chicago, IL 60603 | Administrative | | $0.00 | $3,471.23 | $3,471.23 |
| 100 3410 | Kutchins Robbins & Diamond Ltd. 35 E. Wacker Drive, Suite 690 Chicago, IL 60601 | Administrative | | $0.00 | $4,281.25 | $4,281.25 |
| 1 300 7100 | COOK COUNTY TREASURER 118 N CLARK ST., STE 112 CHICAGO, IL 60602 | Unsecured | 7/24/2024 claim withdrawn | $0.00 | $241,616.00 | $0.00 |
| 2 300 7100 | INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Unsecured | | $0.00 | $3,998.43 | $3,998.43 |
| 3 300 7100 | CITY OF CHICAGO DEPARTMENT OF LAW- BANKRUPTCY 121 N LA SALLE ST., SUITE 400 CHICAGO, ILLINOIS - IL 60602 | Unsecured | Amended to unsecured 7/23/2024 | $0.00 | $9,836.75 | $9,836.75 |

Printed: October 30, 2024

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-15619                                                                    Date: October 30, 2024

Debtor Name: FREEDOM DEVELOPMENT GROUP LLC -
87TH STREET

Claims Bar Date: 3/19/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | CITY OF CHICAGO<br>DEPARTMENT OF LAW-<br>BANKRUPTCY<br>121 N LA SALLE ST.,<br>SUITE 400<br>CHICAGO, ILLINOIS - IL 60602 | Unsecured | Amended to unsecured 7/23/2024 | $0.00 | $30,107.83 | $30,107.83 |
| 5<br>300<br>7100 | U.S. SMALL BUSINESS<br>ADMINISTRATION<br>KATE O"LOUGHLIN<br>500 W MADISON<br>CHICAGO, IL 60661 | Unsecured | Amended to unsecured 7/23/2024 | $0.00 | $151,232.88 | $151,232.88 |
| 6<br>300<br>7100 | PRESCIENT CAPITAL<br>PARTNERS, LTD.<br>JACOB B. SELLERS<br>825 NICOLLET MALL,SUITE<br>1648<br>MINNEAPOLIS, MN 55402 | Unsecured | Amended to Unsecured by Creditor 10/3/2024. | $0.00 | $4,903,103.37 | $4,903,103.37 |
| 7<br>300<br>7100 | LAW DOGS<br>10359 S PULASKI RD<br>CHICAGO, IL 60655 | Unsecured | | $0.00 | $30,356.85 | $30,356.85 |
| 8<br>300<br>7100 | IMPERIAL LIGHTING<br>4555 N ELSTON AVE<br>CHICAGO, IL 60630 | Unsecured | | $0.00 | $8,157.14 | $8,157.14 |
| 9<br>300<br>7100 | PROFESSIONAL CLEANING<br>CO., INC.<br>909A ROHLWING RD<br>ROLLING MEADOWS, IL 60008 | Unsecured | | $0.00 | $4,847.02 | $4,847.02 |
| 10<br>300<br>7100 | MIDWEST MAINTENANCE<br>19027 JODI ROAD SUITE H<br>MOKENA, IL 60447 | Unsecured | | $0.00 | $6,536.38 | $6,536.38 |
| 11<br>300<br>7100 | SILVER DEVELOPMENT, LLC<br>NEIL P. GANTZ, ATTORNEY<br>AT LAW<br>205 NORTH MICHIGAN AVE<br>SUITE 810<br>CHICAGO, IL 60601 | Unsecured | | $0.00 | $855,360.00 | $855,360.00 |
| 13<br>350<br>7200 | Sebert Landscaping<br>1550 W BARTLETT RD<br>BARTLETT, IL 60103−1550 | Unsecured | | $0.00 | $14,374.00 | $14,374.00 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-15619                                                                                          Date: October 30, 2024

Debtor Name: FREEDOM DEVELOPMENT GROUP LLC -
87TH STREET

Claims Bar Date: 3/19/2021

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12 | PRESCIENT CAPITAL | Secured | | $0.00 | $4,903,103.37 | $0.00 |
| 400 | PARTNERS, LTD. | | | | | |
| 4210 | JACOB B. SELLERS | | Withdrawn 10/03/2024 | | | |
| | 825 NICOLLET MALL,SUITE | | | | | |
| | 1648 | | | | | |
| | MINNEAPOLIS, MN 55402 | | | | | |
| | Case Totals | | | $0.00 | $11,340,179.50 | $6,104,263.13 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: October 30, 2024

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-15619
Case Name: FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET
Trustee Name: KAREN R. GOODMAN

Balance on hand                              $          145,567.21

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R GOODMAN ESQ | $       13,250.00 | $            0.00 | $      13,250.00 |
| Attorney for Trustee Fees: Crane, Simon, Clar & Goodman | $       65,000.00 | $       50,000.00 | $      15,000.00 |
| Attorney for Trustee Expenses: Crane, Simon, Clar & Goodman | $        3,471.23 | $        1,765.17 | $       1,706.06 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $        4,281.25 | $            0.00 | $       4,281.25 |
| Charges: Clerk of the Bankruptcy Court | $          350.00 | $            0.00 | $         350.00 |

Total to be paid for chapter 7 administrative expenses          $          34,587.31

Remaining Balance                                               $         110,979.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,003,536.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $ 3,998.43 | $ 0.00 | $ 73.91 |
| 3 | CITY OF CHICAGO DEPARTMENT OF LAW-BANKRUPTCY | $ 9,836.75 | $ 0.00 | $ 181.84 |
| 4 | CITY OF CHICAGO DEPARTMENT OF LAW-BANKRUPTCY | $ 30,107.83 | $ 0.00 | $ 556.57 |
| 5 | U.S. SMALL BUSINESS ADMINISTRATION | $ 151,232.88 | $ 0.00 | $ 2,795.65 |
| 6 | PRESCIENT CAPITAL PARTNERS, LTD. | $ 4,903,103.37 | $ 0.00 | $ 90,637.56 |
| 7 | LAW DOGS | $ 30,356.85 | $ 0.00 | $ 561.17 |
| 8 | IMPERIAL LIGHTING | $ 8,157.14 | $ 0.00 | $ 150.79 |
| 9 | PROFESSIONAL CLEANING CO., INC. | $ 4,847.02 | $ 0.00 | $ 89.60 |
| 10 | MIDWEST MAINTENANCE | $ 6,536.38 | $ 0.00 | $ 120.83 |
| 11 | SILVER DEVELOPMENT, LLC | $ 855,360.00 | $ 0.00 | $ 15,811.98 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 110,979.90 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $14,374.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Sebert Landscaping | $ 14,374.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE