# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| FREEDOM DEVELOPMENT GROUP § | Case No. 20-15619 |
| LLC - 87TH STREET § | |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 4,503,707.54     Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 110,979.90     Claims Discharged
                                                  Without Payment: NA

Total Expenses of Administration: 89,020.10

---

3) Total gross receipts of $200,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $200,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $300,000.00 | $4,903,103.37 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 180,217.10 | 89,020.10 | 89,020.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,127,492.60 | 6,259,526.65 | 6,017,910.65 | 110,979.90 |
| **TOTAL DISBURSEMENTS** | $5,427,492.60 | $11,342,847.12 | $6,106,930.75 | $200,000.00 |

    4)  This case was originally filed under chapter 11 on 08/14/2020, and it was converted to chapter 7 on 10/27/2020.  The case was pending for 52 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2025           By:/s/KAREN R. GOODMAN
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance actions - Debtor's principal Daniel Olswang | 1241-000 | 200,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$200,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Voshel Investments LLC | | 300,000.00 | NA | NA | 0.00 |
| 12 | PRESCIENT CAPITAL PARTNERS, LTD. | 4210-000 | NA | 4,903,103.37 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$300,000.00** | **$4,903,103.37** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R GOODMAN ESQ | 2100-000 | NA | 13,250.00 | 13,250.00 | 13,250.00 |
| International Sureties, Ltd. | 2300-000 | NA | 139.48 | 139.48 | 139.48 |
| Axos Bank | 2600-000 | NA | 2,528.14 | 2,528.14 | 2,528.14 |
| Clerk of the Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| Crane, Simon, Clar & Goodman | 3110-000 | NA | 156,197.00 | 65,000.00 | 65,000.00 |
| Crane, Simon, Clar & Goodman | 3120-000 | NA | 3,471.23 | 3,471.23 | 3,471.23 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 4,281.25 | 4,281.25 | 4,281.25 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $180,217.10 | $89,020.10 | $89,020.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Employment S | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cole Consulting | | 4,500.00 | NA | NA | 0.00 |
| | Commonwealth Edison | | 1,957.82 | NA | NA | 0.00 |
| | Commonwealth Edison | | 0.00 | NA | NA | 0.00 |
| | Fox Valley Fire & Safety | | 5,398.06 | NA | NA | 0.00 |
| | Hollub Inc. | | 3,921.00 | NA | NA | 0.00 |
| | Olson Roofing Company | | 1,313.00 | NA | NA | 0.00 |
| | Peoples Gas | | 60.59 | NA | NA | 0.00 |
| | Professional Paving | | 1,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Raincoat Roof Maintenance, Inc. | | 2,292.00 | NA | NA | 0.00 |
| | Roto Rooter | | 626.55 | NA | NA | 0.00 |
| | Tovar Snow Professionals | | 14,584.49 | NA | NA | 0.00 |
| 3 | CITY OF CHICAGO DEPARTMENT OF LAW-BANKRUPTCY | 7100-000 | 10,836.75 | 9,836.75 | 9,836.75 | 181.84 |
| 4 | CITY OF CHICAGO DEPARTMENT OF LAW-BANKRUPTCY | 7100-000 | 31,607.83 | 30,107.83 | 30,107.83 | 556.57 |
| 1 | COOK COUNTY TREASURER | 7100-000 | 241,000.00 | 241,616.00 | 0.00 | 0.00 |
| 8 | IMPERIAL LIGHTING | 7100-000 | 7,767.19 | 8,157.14 | 8,157.14 | 150.79 |
| 2 | INTERNAL REVENUE SERVICE | 7100-000 | 0.00 | 3,998.43 | 3,998.43 | 73.91 |
| 7 | LAW DOGS | 7100-000 | 25,464.61 | 30,356.85 | 30,356.85 | 561.17 |
| 10 | MIDWEST MAINTENANCE | 7100-000 | 6,185.00 | 6,536.38 | 6,536.38 | 120.83 |
| 6 | PRESCIENT CAPITAL PARTNERS, LTD. | 7100-000 | 4,300,000.00 | 4,903,103.37 | 4,903,103.37 | 90,637.56 |
| 9 | PROFESSIONAL CLEANING CO., INC. | 7100-000 | 2,417.71 | 4,847.02 | 4,847.02 | 89.60 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | SILVER DEVELOPMENT, LLC | 7100-000 | 466,560.00 | 855,360.00 | 855,360.00 | 15,811.98 |
| 5 | U.S. SMALL BUSINESS ADMINISTRATION | 7100-000 | NA | 151,232.88 | 151,232.88 | 2,795.65 |
| 13 | Sebert Landscaping | 7200-000 | NA | 14,374.00 | 14,374.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $5,127,492.60 | $6,259,526.65 | $6,017,910.65 | $110,979.90 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 20-15619 | DRC | Judge: | Donald R Cassling | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET | | | | Date Filed (f) or Converted (c): | 10/27/2020 (c) |
| | | | | | 341(a) Meeting Date: | 12/09/2020 |
| For Period Ending: | 02/19/2025 | | | | Claims Bar Date: | 03/19/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Grand Ridge National Bank | 207.54 | 207.54 | | 0.00 | FA |
| 2. Account Receivables:90 days old or less: 7,000.00 - 3,500.00 = | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 3. Buildings located on 163-205 W. 87th Street, Chicago, IL, 60620 Leasehold interest in land and ownership of improvements | 4,500,000.00 | 0.00 | | 0.00 | FA |
| 4. Insurance claim from looting | Unknown | 1.00 | | 0.00 | FA |
| 5. Avoidance actions - Debtor's principal Daniel Olswang (u) | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 6. Avoidance Actions - Debtor's principal John Thomas (u) | 0.00 | 2,330,300.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $4,503,707.54   $2,534,008.54   $200,000.00   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/2024: Secured creditor did not choose to purchase the judgment. Filed claim objections to secured claim and duplicate claim. Creditor withdrew duplicate claim and amended secured claim to unsecured. Will prepare TFR.
6/30/2024: Trustee is in negotiations with the secured creditor to reduce their claim and to pursue the judgment against John Thomas. Final taxes have been filed.
3/31/2024: Court Order entered compelling John Thomas to make an accounting to the Trustee. Still pending. Trustee is making a determination as to whether to initiate collection proceedings against John Thomas, principal.
1/30/2024: Order Granting Motion for Partial Summary Judgment against John Thomas entered by the Court.
12/31/2023: Awaiting ruling on Motion for Partial Summary Judgment - hearing on 1/30/2024
9/30/2023: Motion For Partial Summary Judgment filed against John Thomas
6/30/2023: Still negotiating a settlement with John Thomas.
3/31/2023: Litigation continues. Settled with Daniel Olswang for $200,000.00. Settlement Motion approved by Court Order. If no settlement is reached with John Thomas, a Motion for Summary Judgment will be filed.
12/31/2022: Litigation continues. Potential settlement from Daniel Olswang, principal.
9/30/2022: Motion to Strike Corporate Defendants granted, will be filing Motion for Default against all defendants; Debtor's counsel has withdrawn.
6/30/22: Adversary Complaint - settlement negotiations have commenced.
3/31/2022: Adversary Complaints filed against the Debtor's principals and affiliates.
09/30/21: Discovery continues (dk)
3/31/21: Investigating possible avoidance actions; awaiting responses to discovery issued to debtor, affiliates and insiders

10/27/2020: Case was converted from a Ch 11 per court order


| RE PROP # | 3 | -- | Liens against this asset, exceeds the value of the asset. |
| RE PROP # | 4 | -- | Statute of limitations may have run. Trustee has determined no value to the estate. |
| RE PROP # | 5 | -- | Complaints filed against principals and affiliated entities. Each principal has settled seperately. Original value was estimated at $1.00 as to not jeopardize litigation. |
| RE PROP # | 6 | -- | Complaints filed against principals and affiliated entities. Each principal has settled separately. Value based on amount of transfers made by Mr. Thomas. Partial summary judgment entered by the Court. Secured creditor has no interest in pursuing judgment. Trustee has determined that judgment is uncollectible. |

Initial Projected Date of Final Report (TFR): 12/31/2022        Current Projected Date of Final Report (TFR): 12/31/2024

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-15619 | Trustee Name: KAREN R. GOODMAN |
| Case Name: FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0347 |
| | Checking |
| Taxpayer ID No: XX-XXX5787 | Blanket Bond (per case limit): $46,515,000.00 |
| For Period Ending: 02/19/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/23 | 5 | Jordan & Zito LLC IOLTA Acct. on behalf of Daniel Olswang | Payment of settlement with Daniel Olswang per Court Order dated 4/4/23, Docket #105 | 1241-000 | $200,000.00 | | $200,000.00 |
| 05/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $99.73 | $199,900.27 |
| 05/17/23 | 2001 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street, Suite 3950 Chicago, IL 60603 | Compensation to Attorney for Trustee - Fees per Court Order 5/16/2023 dkt#133 | 3110-000 | | $50,000.00 | $149,900.27 |
| 05/17/23 | 2002 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street, Suite 3950 Chicago, IL 60603 | Reimbursement of Attorney's Expenses Approved per Court Order 5/16/2023 Dkt#133 | 3120-000 | | $1,765.17 | $148,135.10 |
| 06/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $194.90 | $147,940.20 |
| 07/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $158.07 | $147,782.13 |
| 08/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $163.18 | $147,618.95 |
| 09/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.99 | $147,455.96 |
| 10/02/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.56 | $147,298.40 |
| 11/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.64 | $147,135.76 |
| 12/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $157.21 | $146,978.55 |
| 01/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.28 | $146,816.27 |

Page Subtotals: $200,000.00 $53,183.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-15619  
Case Name: FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET  
Taxpayer ID No: XX-XXX5787  
For Period Ending: 02/19/2025  

Trustee Name: KAREN R. GOODMAN  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0347  
Checking  
Blanket Bond (per case limit): $46,515,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.11 | $146,654.16 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.48 | $146,502.68 |
| 03/18/24 | 2003 | International Sureties, Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Chapter 7 Blanket Bond #612419627 | 2300-000 | | $139.48 | $146,363.20 |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.73 | $146,201.47 |
| 05/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.22 | $146,045.25 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.25 | $145,884.00 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.89 | $145,728.11 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.90 | $145,567.21 |
| 12/04/24 | 2004 | KAREN R GOODMAN ESQ CRANE, SIMON, CLAR & GOODMAN 135 SOUTH LASALLE STREET SUITE 3950 CHICAGO, IL 60603 | Final Distribution of Dividends | 2100-000 | | $13,250.00 | $132,317.21 |
| 12/04/24 | 2005 | Clerk of the Bankruptcy Court 219 S. Dearborn Chicago IL 60604 | Court Filing Fee - Adversary Case 21-00199 | 2700-000 | | $350.00 | $131,967.21 |
| 12/04/24 | 2006 | Crane, Simon, Clar & Goodman 135 S. LaSalle Street Suite 3950 Chicago, IL 60603 | ATTORNEY COMPENSATION | 3110-000 | | $15,000.00 | $116,967.21 |

Page Subtotals: $0.00 $29,849.06

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 20-15619 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0347 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5787 | Blanket Bond (per case limit): | $46,515,000.00 |
| For Period Ending: | 02/19/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/24 | 2007 | Crane, Simon, Clar & Goodman<br>135 S. LaSalle Street<br>Suite 3950<br>Chicago, IL 60603 | ATTORNEY EXPENSES | 3120-000 | | $1,706.06 | $115,261.15 |
| 12/04/24 | 2008 | Kutchins Robbins & Diamond Ltd.<br>35 E. Wacker Drive, Suite 690<br>Chicago, IL 60601 | ACCOUNTANT FEES | 3410-000 | | $4,281.25 | $110,979.90 |
| 12/04/24 | 2009 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Final Distribution of Dividends | 7100-000 | | $73.91 | $110,905.99 |
| 12/04/24 | 2010 | CITY OF CHICAGO DEPARTMENT OF LAW-BANKRUPTCY<br>121 N LA SALLE ST.,<br>SUITE 400<br>CHICAGO, ILLINOIS - IL 60602 | Final Distribution of Dividends | 7100-000 | | $181.84 | $110,724.15 |
| 12/04/24 | 2011 | CITY OF CHICAGO DEPARTMENT OF LAW-BANKRUPTCY<br>121 N LA SALLE ST.,<br>SUITE 400<br>CHICAGO, ILLINOIS - IL 60602 | Final Distribution of Dividends | 7100-000 | | $556.57 | $110,167.58 |
| 12/04/24 | 2012 | U.S. SMALL BUSINESS ADMINISTRATION<br>KATE O''LOUGHLIN<br>500 W MADISON<br>CHICAGO, IL 60661 | Final Distribution of Dividends | 7100-000 | | $2,795.65 | $107,371.93 |
| 12/04/24 | 2013 | PRESCIENT CAPITAL PARTNERS, LTD.<br>JACOB B. SELLERS<br>825 NICOLLET MALL,SUITE 1648<br>MINNEAPOLIS, MN 55402 | Final Distribution of Dividends | 7100-000 | | $90,637.56 | $16,734.37 |
| 12/04/24 | 2014 | LAW DOGS<br>10359 S PULASKI RD<br>CHICAGO, IL 60655 | Final Distribution of Dividends | 7100-000 | | $561.17 | $16,173.20 |
| 12/04/24 | 2015 | IMPERIAL LIGHTING<br>4555 N ELSTON AVE<br>CHICAGO, IL 60630 | Final Distribution of Dividends | 7100-000 | | $150.79 | $16,022.41 |
| 12/04/24 | 2016 | PROFESSIONAL CLEANING CO., INC.<br>909A ROHLWING RD<br>ROLLING MEADOWS, IL 60008 | Final Distribution of Dividends | 7100-000 | | $89.60 | $15,932.81 |

Page Subtotals: $0.00 $101,034.40

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-15619
Case Name: FREEDOM DEVELOPMENT GROUP LLC - 87TH STREET
Taxpayer ID No: XX-XXX5787
For Period Ending: 02/19/2025

Trustee Name: KAREN R. GOODMAN
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0347
Checking
Blanket Bond (per case limit): $46,515,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/24 | 2017 | MIDWEST MAINTENANCE<br>19027 JODI ROAD SUITE H<br>MOKENA, IL 60447 | Final Distribution of Dividends | 7100-000 | | $120.83 | $15,811.98 |
| 12/04/24 | 2018 | SILVER DEVELOPMENT, LLC<br>NEIL P. GANTZ, ATTORNEY AT LAW<br>205 NORTH MICHIGAN AVE SUITE 810<br>CHICAGO, IL 60601 | Final Distribution of Dividends | 7100-000 | | $15,811.98 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $200,000.00 | $200,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $200,000.00 | $200,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $200,000.00 | $200,000.00 |

Page Subtotals:   $0.00   $15,932.81

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0347 - Checking | $200,000.00 | $200,000.00 | $0.00 |
|  | $200,000.00 | $200,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $200,000.00 |
| Total Gross Receipts: | $200,000.00 |

Page Subtotals:                                               $0.00           $0.00